UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
October 19, 2022
Nathan Ochsner, Clerk

| | | |
|---|---|---|
| The United States of America, | § § § | |
| Plaintiff, | § § | |
| versus | § § | Criminal H-22-401 |
| Saul Mejia-Galarza, | § § § | |
| Defendant. | § | |

## Order Dismissing Indictment

On the government's motion, the indictment against Saul Mejia-Galarza is dismissed without prejudice. (29)

Signed on October 19, 2022, at Houston, Texas.

Lynn N. Hughes
United States District Judge